UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00042-RJC

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,<br><br>Appellant,<br><br>v.<br><br>ALDRICH PUMP LLC, ET AL<br><br>Appellees.<br><br>In re<br><br>ALDRICH PUMP LLC, ET AL<br><br>Debtors. | **ORDER** |

**THIS MATTER** comes before the Court on the Motions for Admission *Pro Hac Vice* concerning Mark A. Cody, (Doc. No. 6), and Amanda P. Johnson, (Doc. No. 7), both filed January 24, 2024.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion. In accordance with Local Rule 83.1(b), Mr. Cody and Ms. Johnson are admitted to appear before this court *pro hac vice* on behalf of Appellees Aldrich Pump LLC and Murray Boiler LLC.

**IT IS SO ORDERED.**

Signed: January 30, 2024

Robert J. Conrad, Jr.
United States District Judge