UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00042-RJC

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,<br><br>    Appellant,<br><br>    v.<br><br>ALDRICH PUMP LLC, et al.,<br><br>    Appellees.<br><br>In re<br><br>ALDRICH PUMP LLC, et al.,<br><br>    Debtors. | **ORDER** |

**THIS MATTER** is before the Court on Appellant's Motion to Accept Documents Under Seal Into Appellate Record In Accordance With Federal Rule of Bankruptcy Procedure 8009(f), (Doc. No. 8), seeking an order permitting documents previously sealed by the bankruptcy court for this district to be filed under seal in this Court as part of the record on appeal. For good cause shown, the Court **GRANTS** Appellant's Motion.

**IT IS, THEREFORE, ORDERED** that:

1. Appellant's Motion to Accept Documents Under Seal Into Appellate Record In Accordance With Federal Rule of Bankruptcy Procedure 8009(f), (Doc. No. 8), is **GRANTED**;

1

2. The Clerk for the United States Bankruptcy Court for the Western District of North Carolina is authorized to transmit to this Court those portions of the appellate record, as designated by Appellant, that the bankruptcy court previously sealed;

3. Upon entry of this Order, Appellant shall give notice of this Order to the bankruptcy court;

4. The parties shall treat the sealed documents in accordance with the Agreed Protective Order Governing Confidential Information (No. 20-30608, ECF No. 345) and in accordance with this Court's usual practices and procedures concerning sealed materials;

5. This Order is without prejudice to the right of any party to seek to declassify and make public any portion of the sealed documents, but any such right shall be exercised subject to a motion on notice or on consent of the parties.

Signed: May 16, 2024

Robert J. Conrad, Jr.
United States District Judge