UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00042-RJC

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, ) ) ) ) | |
| Appellant, ) ) | |
| v. ) ) | |
| ALDRICH PUMP LLC, ET AL ) ) | |
| Appellees. ) ) | **ORDER** |
| In re ) ) ) | |
| ALDRICH PUMP LLC, ET AL ) ) | |
| Debtors. ) | |

**THIS MATTER** comes before the Court on the Motion for Admission *Pro Hac Vice* concerning Jonathan P. Guy, (Doc. No. 22), filed May 29, 2024.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion. In accordance with Local Rule 83.1(b), Mr. Guy is admitted to appear before this court *pro hac vice* on behalf of Joseph W. Grier III, Future Claimants' Representative.

**IT IS SO ORDERED.**

Signed: May 31, 2024

_____
Robert J. Conrad, Jr.
United States District Judge